THOM M. GOVER (7387)
Assistant Utah Attorney General
DEREK E. BROWN (10476)
Utah Attorney General
160 East 300 South, 6th Floor
PO Box 140856
Salt Lake City, UT 84114-0856
Telephone: (385) 499-2936
Facsimile: (801) 366-0101
E-mail: tgover@agutah.gov
*Attorneys for Defendant*

## IN THE UNITED STATES DISTRICT COURT
## IN AND FOR THE DISTRICT OF UTAH, CENTRAL DIVISION

| | |
|---|---|
| ELIZABETH ONDINA WRIGHT, <br><br> Plaintiff(s), <br><br> v. <br><br> UNIVERSITY OF UTAH, <br><br> Defendant. | **NOTICE OF REMOVAL TO FEDERAL COURT** <br><br> Case No. 2:25-cv-00827 <br><br> Judge |

Pursuant to 28 U.S.C. §§ 1441, 1443 and 1446, Defendant, the University of Utah, submits this Notice of Removal of this civil action filed by Plaintiffs Elizabeth Wright, in the Third Judicial District Court, Salt Lake County, State of Utah.

The grounds for removal are as follows:

1. On August 15, 2025, the Plaintiff commenced a civil action by filing a Complaint in the Third Judicial District Court, Salt Lake County, State of Utah.  The Case was assigned state court case number 250906705.  The Complaint raises a dispute over GRAMA responses, state law tort claims including intentional infliction of emotional distress and breach of contract; and federal constitutional claims including § 1983 brought under the Fourteenth Amendment equal protection provision and false arrest.

2. Defendant was served on August 21, 2025, requiring a response to be filed on or before September 11, 2025. The Parties have met and conferred agreeing to stay a response from Defendant until the removal of the instant matter to federal court.

3. Based on Plaintiff's allegations of violations of her rights under the Constitution of the United States, this Court has original jurisdiction of this action pursuant to 28 U.S.C. § 1331, and this action may be removed to this Court pursuant to 28 U.S.C. § 1441.

4. Removal of this action is timely. Fewer than thirty days have elapsed since Defendants received a copy of the Complaint. The

Complaint was the pleading from which it was first ascertained that the case is removable. *See* 28 U.S.C. § 1446(b).

5.  Pursuant to 28 U.S.C. § 1446(a), a copy of all process, pleadings and orders filed thus far in state court are attached hereto as

- Exhibit A – Civil Cover Sheet

- Exhibit B – State Court Docket

- Exhibit C – Complaint

- Exhibit D – Summons on Return for University of Utah

- Exhibit E – Summons on Return University of Utah c/o Taylor Randall, President

- Exhibit F – Summons on Return Office of General Counsel

- Exhibit G – Summons on Return Office of the Attorney General for State of Utah

RESPECTFULLY SUBMITED THIS 19th day of September, 2025.

OFFICE OF THE UTAH ATTORNEY GENERAL

/s/ *Thom M. Gover*
THOM M. GOVER
Assistant Utah Attorney General
*Attorney for Defendants*

3

## CERTIFICATE OF MAILING

Pursuant to Utah R. Civ. P. 5(b)(1)(A)(i), I certify that on this 19th day of September, 2025, I served the foregoing **Notice of Removal to Federal Court** on the following by using the Court's electronic filing system. I also certify that a true and correct copy of the foregoing was placed in outgoing, United States mail, postage prepaid, to the following:

Vincent C. Rampton
201 S. Main St.
#1800
Salt Lake City, UT 84111
vrampton@parsonsbehle.com


/s/ *Angie LaVenture*

4